DANIEL A. BACON 065099
ATTORNEY AT LAW
5200 NORTH PALM AVENUE, SUITE 408
FRESNO, CALIFORNIA 93704-2225
TELEPHONE: (559) 241-7000

ATTORNEY FOR Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00108-MCE |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO EXONERATE PROPERTY BOND AND RECONVEY PROPERTY; AND ORDER THEREON |
| RIGOBERTO RODRIGUEZ-VISCARRA, ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, plaintiff United States of America, and its attorney of record herein, Assistant U.S. Attorney, Phillip Allen Talbert, and defendant Rigoberto Rodriguez-Viscarra, and his attorney Daniel A. Bacon, that the property bond of $100,000.00, secured by a property set forth in the following attached Deed of Trust with Assignments of Rents, be reconveyed to the respective owners:

   The Deed of Trust with Assignments of Rents, recorded on March 18, 2010, be reconveyed to "Crisanto Rodriguez and Ofelia Rodriguez." Said property is commonly known as 12272 Albert Avenue, Orosi, California 93647-2604, and more particularly described as

///

LOT 27 OF TRACT NO. 729, SIERRA ESTATES VII, IN THE

Rodriguez-Viscarra - Stipulation to Exonerate Property Bond, etc.

COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED IN BOOK 38, PAGE 3 OF MAPS, TULARE COUNTY RECORDS

APN 021-320-073

DATED: 1/30/12                         BENJAMIN B. WAGNER,
                                       UNITED STATES ATTORNEY


                                       By /s/ Phillip Allen Talbert
                                       PHILLIP ALLEN TALBERT
                                       Assistant U.S. Attorney
                                       Attorney for Defendant


DATED: 2/3/12                          /s/ Daniel A. Bacon
                                       DANIEL A. BACON
                                       Attorney for Defendant


O R D E R

IT IS HEREBY ORDERED that the property bond be exonerated, and the clerk of the Court be ordered to reconvey the property set forth above, which was used to collateralize the bond, specifically, the following property 12272 Albert Avenue, Orosi, California 93647-2604,  to the following persons "Crisanto Rodriguez and Ofelia Rodriguez."

Dated: February 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE